Diana L. Calla (SBN 330706)
dcalla@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Lee A. Armstrong
(*pro hac vice* motion forthcoming)
laarmstrong@jonesday.com
Eric P. Stephens
(*pro hac vice* motion forthcoming)
epstephens@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendant
Sirius XM Radio Inc.*

Daniel M. Hattis (SBN 232141)
dan@hattislaw.com
Paul Karl Lukacs (SBN 197007)
pkl@hattislaw.com
HATTIS & LUKACS
11711 SE 8th Street, Ste 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171

*Attorneys for Plaintiffs
And the Proposed Class and Subclasses*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYANA STEVENSON and DAVID AMBROSE, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 3:23-cv-2367<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT AND RESPONSE TO THE COMPLAINT**<br><br>Judge: Thomas S. Hixson |

**STIPULATION**

Plaintiffs Ayana Stevenson and David Ambrose ("Plaintiffs") and Defendant Sirius XM Radio Inc. ("SiriusXM") file this joint stipulation under Civil Local Rules 6-1(b) and 6-2 agreeing to an enlargement of time for amendment of the pleadings and response to the complaint, and state as follows:

1. On April 14, 2023, Plaintiffs filed a Complaint in Contra Costa County against SiriusXM. Plaintiffs have not served SiriusXM with the summons and complaint.

2. On May 15, 2023, SiriusXM removed this action to the Northern District of California.

3. Under Federal Rules of Civil Procedure 81(c)(2), the current deadline for SiriusXM to respond to the Complaint is June 5, 2023.

4. Plaintiffs intend to file an amended complaint.

5. The parties stipulate and agree that Plaintiffs shall have until June 19, 2023 to file an amended complaint.

6. The parties further stipulate and agree that SiriusXM shall have until July 17, 2023 to move, answer, or otherwise respond to the complaint then on-file.

7. This is the first request for an extension of time by the either party in this action.

8. This requested extension of time will not have any effect on any other deadlines set by the Court.

| | | |
|---|---|---|
| 1 | Dated: May 23, 2023 | JONES DAY |

By: */s/ Diana L. Calla*
Diana L. Calla
Lee A. Armstrong
Eric P. Stephens

Attorneys for Defendant
Sirius XM Radio Inc.

Dated: May 23, 2023        HATTIS & LUKACS

By: */s/ Daniel M. Hattis*
Daniel M. Hattis

Attorneys for Plaintiffs
And the Proposed Class and Subclasses

## LOCAL RULE 5-1 ATTESTATION

In accordance with Civil Local Rule 5-1(h)(3), I attest that the above signatories concur in the contents of this document and have authorized its filing.

Dated: May 23, 2023

                                       */s/ Diana L. Calla*
                                       Diana L. Calla

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                                  THE HONORABLE THOMAS S. HIXSON
                                  UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses on the Electronic Mail Notice List. I further certify that I served a copy of this filing on counsel for Plaintiffs via email at dan@hattislaw.com and pkl@hattislaw.com.

*/s/ Diana L. Calla*
Diana L. Calla