Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
11711 SE 8th St, Ste 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Class and Subclasses*

Diana L. Calla (SBN 330706)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
FAX: (415) 875-5700
Email: dcalla@janoesday.com

*Attorneys for Defendant Sirius XM Radio Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANA STEVENSON, DAVID AMBROSE and LISA RAMIREZ, For Themselves, As Private Attorneys General, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 23-cv-02367-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF BRIEFING SCHEDULE RE: DEFENDANT'S RESPONSE TO FIRST AMENDED COMPAINT** |

STIPULATION TO ENLARGE BRIEFING
SCHEDULE OF RESPONSE TO F.A.C.

HATTIS & LUKACS
11711 SE 8th St, Ste 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

# **STIPULATION**

WHEREAS, on June 20, 2023, Plaintiffs Ayana Stevenson, David Ambrose and Lisa Ramirez (collectively, "Plaintiffs") filed and served in this civil action their operative First Amended Complaint (Dkt. 11) (*See* Declaration of Paul Karl Lukacs, ¶ 2 (filed simultaneously herewith));

WHEREAS, pursuant to the Joint Stipulation And Order For Enlargement Of Time To File Amended Complaint And Response To The Complaint filed on May 24, 2023 (Dkt. 6)—which is the only previous time modification in this civil action—the response of Defendant Sirius XM Radio Inc. ("SiriusXM") is due to be filed and served on or by July 17, 2023 (Lukacs Decl., ¶ 3);

WHEREAS, Plaintiffs' Opposition to SiriusXM's response would ordinarily be due on or by July 31, 2023, pursuant to Civil L.R. 7-3(a), and SiriusXM's reply in support of its response would ordinarily be due on or by August 7, 2023, pursuant to Civil L.R. 7-3(c) (Lukacs Decl., ¶ 4);

WHEREAS, Plaintiffs' counsel respectfully requests additional time to complete the opposition to SiriusXM's response due to a multi-joint inflammation attack that is attacking Plaintiffs' counsel's right hand and right shoulder, significantly slowing the speed at which he (who is right-handed) can write and edit legal documents in this civil action and in the other pieces of litigation on which he is currently working and is scheduled to work on this summer (Lukacs Decl., ¶ 5);

WHEREAS, Plaintiffs propose and SiriusXM concurs that the deadline for Plaintiffs to file their opposition be enlarged by two weeks and that, as a reciprocal professional courtesy, the deadline for SiriusXM to file its reply be enlarged by one week (Lukacs Decl., ¶ 6);

WHEREAS, this Court possesses, pursuant to Civil L.R. 6-1(b), the authority to enlarge the time in which SiriusXM's response is briefed;

NOW, THEREFORE, Plaintiffs and SiriusXM STIPULATE and AGREE, pursuant to Civil L.R. 6-2 and 7-12, that the Court should enter an Order directing that:

STIPULATION TO ENLARGE BRIEFING
SCHEDULE OF RESPONSE TO F.A.C.

HATTIS & LUKACS
11711 SE 8th St, Ste 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

1. Plaintiffs' opposition to SiriusXM's response to the First Amended Complaint should be due to be filed and served on or by August 14, 2023;

2. SiriusXM's reply should be due to be filed and served on or by August 28, 2023; and

3. The hearing on SiriusXM's response to the First Amended Complaint should be held by this Court at 2:00 p.m. on Wednesday, September 27, 2023, via Zoom.

DATED: July 12, 2022

| HATTIS & LUKACS | JONES DAY |
|---|---|
| */s/ Daniel M. Hattis* <br> Daniel M. Hattis, Esq. <br> Paul Karl Lukacs, Esq. <br> 11711 SE 8th Street, Suite 120 <br> Bellevue, WA 98005 <br> Tel: (425) 233-8650 <br> Fax: (425) 412-7171 <br> Email: dan@hattislaw.com <br> Email: pkl@hattislaw.com <br><br> *Attorneys for Plaintiff and the Proposed Class and Subclasses* | */s/ Diana L. Calla* <br> Diana L. Calla (SBN 330706) <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Tel: (415) 626-3939 <br> FAX: (415) 875-5700 <br> Email: dcalla@janoesday.com <br><br> *Attorneys for Defendant Sirius XM Radio Inc.* |

## ORDER

IT IS SO ORDERED.

Date: July ___, 2023

_____
HON. WILLIAM H. ORRICK
Judge of the U.S. District Court

STIPULATION TO ENLARGE BRIEFING
SCHEDULE OF RESPONSE TO F.A.C.

**HATTIS & LUKACS**
11711 SE 8th St, Ste 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com