UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 27, 2023 | **Time:** 9 minutes<br>2:41 p.m. to 2:52 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-02367-WHO | **Case Name:** Stevenson v. Sirius XM Radio Inc. | |

**Attorneys for Plaintiff:**   Daniel M. Hattis and Paul K. Lukacs

**Attorneys for Defendant:**   Dennis F. Murphy and Jeffrey R. Johnson

**Deputy Clerk:** Jean Davis            **Court Reporter:** Ana Dub

PROCEEDINGS

Hearing on motion to compel arbitration conducted via videoconference. Argument of counsel heard. Motion taken under submission; written order to follow.